# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROBERT JAMES SAKAITIS, | : No. 18 MAP 2014 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court at No. 587 MD 2013 |
| | : dated December 18, 2013. |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                             **DECIDED:   August 18, 2014**

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is

**AFFIRMED**.